THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. HERMAN KLEIN,

Appellant.— Appeal dismissed on default. Blackmar, P. J., Rich, Kelly, Jaycox and Young, JJ., concur.